IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KINWEN LAMARROW     )
STALLWORTH,         )
                    )
    Plaintiff,      )
                    )
vs.                 )   CIVIL ACTION NO. 13-0261-CG-C
                    )
THOMAS TATE, et al.,)
                    )
    Defendants.     )

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

**DONE and ORDERED** this 16th day of September, 2013.

                    /s/ Callie V. S. Granade
                    UNITED STATES DISTRICT JUDGE